IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM PRAY,

    Petitioner,

v.                                                CASE NO. 1:04-cv-00381-MP-WCS

JAMES V. CROSBY, JR.,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 47, Notice to Clerk of Court, filed by William Pray. The Court is unable to ascertain what relief Petitioner is seeking in this filing. Regardless, Petitioner has no further matters open before this court. Petitioner's case is currently pending before the Eleventh Circuit Court of Appeals. Accordingly, Petitioner should direct any requests in this matter to the Eleventh Circuit.

**DONE AND ORDERED** this   *20th* day of July, 2006

                                           *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge